# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2018

Stephen J. Markman,
Chief Justice

157130(64)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

RICHARD L. ROETKEN,
      Plaintiff-Appellant,

v

CARA L. ROETKEN,
      Defendant-Appellee.
_____/

SC: 157130
COA: 333029
Wayne CC: 14-107070-DM

     On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted for filing if submitted on or before April 24, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2018



Clerk